Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hullison Logistics, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**20-4643929** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2020 Albright Rd.**<br>**Montgomery, IL**<br>ZIP Code **60538** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 408**<br>**Montgomery, IL**<br>ZIP Code **60538** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ■ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                          FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hullison Logistics, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>      Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)

FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Hullison Logistics, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Mitchell A. Cohen**
Signature of Attorney for Debtor(s)

**Mitchell A. Cohen 21268**
Printed Name of Attorney for Debtor(s)

**Mitchell A. Cohen, Attorney at Law**
Firm Name

**7749 N. Milwaukee Ave.**
**Niles, IL 60714**

Address

**(847) 967-0444  Fax: (847) 967-7894**
Telephone Number

**September  7, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Rapp**
Signature of Authorized Individual

**Robert Rapp**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September  7, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Hullison Logistics, Inc.** ,                                    Case No. _____
                                    Debtor

                                    Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 44,742.91 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 670,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 10 | | 27,901.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 1,040,783.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 44,742.91 | | |
| Total Liabilities | | | | 1,738,685.53 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Hullison Logistics, Inc.** _____ ,    Case No. _____

Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

In re  **Hullison Logistics, Inc.**                                    ,        Case No. _____
                                     Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

 __0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Hullison Logistics, Inc.**                                          ,   Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Chase Bank (negative balance)** | - | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Form B6B
(10/05)

In re   **Hullison Logistics, Inc.**                                    ,   Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Check from Marquette Funding, Inc., payable to debtor and JP Morgan Chase Bank (JP Morgan Chase Bank had threatened to endorse the check on behalf of the debtor without debtor's approval).** | - | 24,424.40 |
| | | **Check from Marquette Funding Inc. in possession of JP Morgan Chase Bank** | - | 318.51 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   **24,742.91**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Hullison Logistics, Inc.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Ford F250 (100,000 miles).  Title erroneously transferred to former employee, Dean Hiles, (3/07).** | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **20,000.00**
(Total of this page)

Total >    **44,742.91**

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6D (10/06)

In re **Hullison Logistics, Inc.** , Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Security Interest | | | | | |
| JP Morgan Chase Bank 14 South LaGrange Rd. La Grange, IL 60526 | - | | Check from Marquette Funding, Inc., payable to debtor and JP Morgan Chase Bank (JP Morgan Chase Bank had threatened to endorse the check on behalf of the debtor without debtor's approval). | | | X | | |
| | | | Value $                24,424.40 | | | | 670,000.00 | 645,575.60 |
| Account No. | | | Check from Marquette Funding Inc. in possession of JP Morgan Chase Bank | | | | | |
| JP Morgan Chase Bank 14 South LaGrange Rd. La Grange, IL 60526 | - | | | | | X | | |
| | | | Value $                318.51 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 670,000.00 | 645,575.60 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 670,000.00 | 645,575.60 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07)

.

In re   **Hullison Logistics, Inc.**                                    ,   Case No. _____

                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **Hullison Logistics, Inc.** _____ ,   Case No. _____

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Wages | | | | | |
| Allen Penninger 2400 Light Rd. #101 Oswego, IL 60543 | - | | | | | | | | 0.00 |
| | | | | | | | | 1,077.44 | 1,077.44 |
| Account No. | | | | Wages | | | | | |
| Charles G. Bowman 6723 S. US 45 Rd. Brookport, IL 62910 | - | | | | | | | | 0.00 |
| | | | | | | | | 708.36 | 708.36 |
| Account No. | | | | Wages | | | | | |
| Christopher A. Legner 1330 Cunat Ct. #2C Lake In The Hills, IL 60102 | - | | | | | | | | 0.00 |
| | | | | | | | | 716.12 | 716.12 |
| Account No. | | | | Wages | | | | | |
| Craig Henderson 428 22nd Ave. Bellwood, IL 60104 | - | | | | | | | | 0.00 |
| | | | | | | | | 574.20 | 574.20 |
| Account No. | | | | Wages | | | | | |
| David L. Meyerholz POB 840 Hinckley, IL 60520 | - | | | | | | | | 0.00 |
| | | | | | | | | 515.44 | 515.44 |

Sheet __1__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 3,591.56 | 3,591.56 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **Hullison Logistics, Inc.**  ,                    Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Dean Hiles 63 Brockway Oswego, IL 60543 | - | | Wages | | | | 880.53 | 0.00 / 880.53 |
| Account No. Donald R. Long 10900 Martindale Dr. Westchester, IL 60154 | - | | Wages | | | | 958.36 | 0.00 / 958.36 |
| Account No. Donald W. Race 2559 N. 4645 Rd. Somonauk, IL 60552 | - | | Wages | | | | 1,615.14 | 0.00 / 1,615.14 |
| Account No. Eric E. Nelson 428 LeGrande Aurora, IL 60506 | - | | Wages | | | | 396.66 | 0.00 / 396.66 |
| Account No. Gary R. Block 1850 Tall Oaks Drive, #3209 Aurora, IL 60505 | - | | Wages | | | | 758.31 | 0.00 / 758.31 |

Sheet __2__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                          0.00
(Total of this page)    4,609.00    4,609.00

Official Form 6E (4/07) - Cont.

In re **Hullison Logistics, Inc.** _____,  Case No. _____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | |
| Gary W. Hoffstead 32437 White St. Kirkland, IL 60146 | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Wages | | | | | |
| Gino Gambarota 509 3rd Ave. Marengo, IL 60152 | - | | | | | | | 0.00 |
| | | | | | | | 692.78 | 692.78 |
| Account No. | | | Wages | | | | | |
| Gregory S. Martin 313 E. Main St., POB 41 Maple Park, IL 60151 | - | | | | | | | 0.00 |
| | | | | | | | 1,500.00 | 1,500.00 |
| Account No. | | | Wages | | | | | |
| Jane E. Ross 1307 Clybourne St. Batavia, IL 60510 | - | | | | | | | 0.00 |
| | | | | | | | 488.44 | 488.44 |
| Account No. | | | Wages | | | | | |
| Jeffrey P. Abel 585 Melrose Ave. Montgomery, IL 60538 | - | | | | | | | 0.00 |
| | | | | | | | 674.26 | 674.26 |

Sheet __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,355.48 | 3,355.48 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **Hullison Logistics, Inc.** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | |
| John LaPlante 347 Highview St. Watervliet, MI 49098 | - | | | | | | 392.18 | 0.00 / 392.18 |
| Account No. | | | Wages | | | | | |
| Joni I. Plochocki 27720 72nd St. Covert, MI 49043 | - | | | | | | 772.91 | 0.00 / 772.91 |
| Account No. | | | Wages | | | | | |
| Joseph D. Catlin II 305 Olsen St. Yorkville, IL 60560 | - | | | | | | 804.63 | 0.00 / 804.63 |
| Account No. | | | Wages | | | | | |
| Leonard R. Gonzalez 1245B Hemlock Lane Elgin, IL 60120 | - | | | | | | 658.87 | 0.00 / 658.87 |
| Account No. | | | Wages | | | | | |
| Matthew D. Albery 2808 Troon Dr. Montgomery, IL 60538 | - | | | | | | 696.20 | 0.00 / 696.20 |

Sheet __4__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,324.79 | 3,324.79 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **Hullison Logistics, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Wages | | | | | |
| Michael D. Redman 724 Adams Bolingbrook, IL 60440 | | - | | | | | | | 0.00 |
| | | | | | | | | 646.38 | 646.38 |
| Account No. | | | | Wages | | | | | |
| Monique A. Long 369 Cascade Lane Oswego, IL 60543 | | - | | | | | | | 0.00 |
| | | | | | | | | 802.79 | 802.79 |
| Account No. | | | | Wages | | | | | |
| Phillip J. Oliver 2210 Azalea Dr. Highland, IN 46322 | | - | | | | | | | 0.00 |
| | | | | | | | | 742.86 | 742.86 |
| Account No. | | | | Wages | | | | | |
| Ralph Flores, Jr. 120 Heathgate Dr. Montgomery, IL 60538 | | - | | | | | | | 0.00 |
| | | | | | | | | 163.19 | 163.19 |
| Account No. | | | | Wages | | | | | |
| Richard R. Luebke 2194 Kathleen Circle Montgomery, IL 60538 | | - | | | | | | | 0.00 |
| | | | | | | | | 389.00 | 389.00 |

Sheet __5__ of __9__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,744.22 | 2,744.22 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07) - Cont.

In re **Hullison Logistics, Inc.**                                                    ,   Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | Wages | | | | | | |
| Robert A. Rapp 11 Yorkville St. Yorkville, IL 60560 | - | | | | | | | 0.00 |
| | | | | | | | 1,099.39 | 1,099.39 |
| Account No. | | Wages | | | | | | |
| Robert F. Cronin 400 Eastwater Earlville, IL 60518 | - | | | | | | | 0.00 |
| | | | | | | | 564.56 | 564.56 |
| Account No. | | Wages | | | | | | |
| Ryan C. Turley 970 Kane St. Elgin, IL 60177 | - | | | | | | | 0.00 |
| | | | | | | | 814.10 | 814.10 |
| Account No. | | Wages | | | | | | |
| Scott M. Christner 213 Oak Street Big Rock, IL 60511 | - | | | | | | | 0.00 |
| | | | | | | | 680.38 | 680.38 |
| Account No. | | Wages | | | | | | |
| Sean E. Powell 3695 Gabrielle Ln. Aurora, IL 60504 | - | | | | | | | 0.00 |
| | | | | | | | 632.43 | 632.43 |

Sheet **6** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 3,790.86 | | 3,790.86 |

Official Form 6E (4/07) - Cont.

In re __Hullison Logistics, Inc._____,    Case No. _____
                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Steven D. Schumpert<br>540 E. Boone<br>Salem, IL 62881 | - | | Wages | | | | 643.74 | 0.00<br><br>643.74 |
| Account No.<br><br>Thomas Basden<br>55 E. Mill St., Apt. 2<br>Montgomery, IL 60538 | - | | Wages | | | | 637.86 | 0.00<br><br>637.86 |
| Account No.<br><br>Thomas Gunion<br>4555 N. 50 E<br>Kokomo, IN 46901 | - | | Wages | | | | 596.95 | 0.00<br><br>596.95 |
| Account No.<br><br>Timothy L. Ryan<br>1264 Jackson St.<br>Aurora, IL 60505 | - | | Wages | | | | 165.53 | 0.00<br><br>165.53 |
| Account No.<br><br>Timothy P. Kedzie<br>POB 328 515 Center<br>Maple Park, IL 60151 | - | | Wages | | | | 2,018.26 | 0.00<br><br>2,018.26 |

Sheet __7__ of __9__ continuation sheets attached to    Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    4,062.34    4,062.34

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **Hullison Logistics, Inc.** _____,    Case No. _____
                                            Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Wages** | | | | | |
| **Timothy S. Edwards** **413 S. Cook St.** **Plano, IL 60545** | - | | | | | | **2,423.63** | **0.00** / **2,423.63** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __8__ of __9__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    **2,423.63**    **0.00** / **2,423.63**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re  **Hullison Logistics, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**State of Illinois Dept. of Labor**<br>**Fair Labor Standards Wage Claim Sec**<br>**160 N. LaSalle, Suite C-1300**<br>**Chicago, IL 60601** | - | | **Withholding taxes** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __9__ of __9__ continuation sheets attached to          Subtotal          **0.00**
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)    **0.00**    **0.00**

Total          **0.00**
(Report on Summary of Schedules)    **27,901.88**    **27,901.88**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06)

In re  **Hullison Logistics, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **1 Deallease of Chicago** <br> **11921 Smith Dr.** <br> **Huntley, IL 60142** | - | | | | | | **Unknown** |
| Account No. <br><br> **AABLE License Consultants** <br> **1938 Manheim Rd.** <br> **Westchester, IL 60154** | - | | | | | | **545.00** |
| Account No. 00060-157391 <br><br> **ADP, Inc.** <br> **100 Northwest Point Blvd.** <br> **Elk Grove Village, IL 60007** | - | | Trade debt | | | | **1,288.54** |
| Account No. 001-0026952 <br><br> **AIM National Lease** <br> **Recovery One LLC** <br> **5100 Park Center Ave., Ste.120** <br> **Dublin, OH 43017** | - | | Trade debt | | | | **1,885.61** |

|  |  |
|---|---|
| ___17___  continuation sheets attached | Subtotal <br> (Total of this page) |  **3,719.15** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:20973-070719    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Hullison Logistics, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**American International Companies Specialties Workers Compensation Gr POB 409 Parsippany, NJ 07054** | - | | **2007 Worker's compensation insurance** | | | X | 46,652.00 |
| Account No. **521** <br><br>**Apex Material Handling 391 Charles Ct. West Chicago, IL 60185** | - | | Trade debt | | | | 284.83 |
| Account No. <br><br>**Auto Glass Solutions, Inc. 5300 W. Mustang Rd. NE Cedar Rapids, IA 52411** | - | | Trade debt | | | | 868.35 |
| Account No. **7211** <br><br>**B.M.A. 7033 High Grove Blvd. Burr Ridge, IL 60527** | - | | Lease of copiers and fax machines | | | | Unknown |
| Account No. **00700517** <br><br>**Bauer Built, Inc. Highway 25 South POB 248 Durand, WI 54736** | - | | Trade debt | | | | 5,455.66 |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **53,260.84**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Hullison Logistics, Inc.**                                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**Representing:** <br>**Bauer Built, Inc.** | | | | | **Bilateral Credit Corp.** <br>**141 West 28th St.** <br>**New York, NY 10001** | | | | |
| Account No. **B53759-01** <br><br>**Black Gold Financial** <br>**POB 309** <br>**Chesterfield, MO 63006** | | - | | | Trade debt | | | | 5,998.99 |
| Account No. <br><br>**Bonk John** <br>**7633 Sundown Lane** <br>**Yorkville, IL 60560** | | - | | | Lease of dock and garage | | | | 5,200.00 |
| Account No. **4802-1326-4124-4994** <br><br>**Capital One** <br>**POB 26074** <br>**Richmond, VA 23260** | | - | | | Credit card purchases | | | | 4,611.23 |
| Account No. **36854** <br><br>**CBeyond** <br>**13474 Collection Center Dr.** <br>**Chicago, IL 60693** | | - | | | Trade debt | | | | 2,780.74 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **18,590.96**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Hullison Logistics, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4246-3112-3601-8617** | | - | | **Credit card purchases** | | | | |
| **Chase** **POB 15299** **Wilmington, DE 19850** | | | | | | | | 1,000.00 |
| Account No. | | - | | **Business loan** | | | X | |
| **Chase Equipment Leasing, Inc.** **Portfolio Management Center** **1820 E. Sky Harbor Circle South** **Phoenix, AZ 85034** | | | | | | | | 670,000.00 |
| Account No. | | - | | **Trade debt** | | | | |
| **Chicago International Trucks** **2090 Manheim Rd.** **Melrose Park, IL 60160** | | | | | | | | Unknown |
| Account No. **W00042** | | - | | **Insurance** | | | | |
| **Colonial Supplement Insurance** **Signature Agency** **POB 4443** **Carol Stream, IL 60197** | | | | | | | | Unknown |
| Account No. **0356576013** | | - | | **Utilities** | | | | |
| **ComEd** **Bill Payment Center** **Chicago, IL 60668** | | | | | | | | 2,685.26 |

Sheet no. __3__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 673,685.26

Official Form 6F (10/06) - Cont.

In re  **Hullison Logistics, Inc.** _____,    Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **Representing: ComEd** | | | | | **Allied Interstate 3200 Northline Ave., Ste. 160 Greensboro, NC 27408** | | | | |
| Account No. **Correct Elec, Inc. 2059 Albright Rd. Montgomery, IL 60538** | - | | | | Trade debt | | | | 9,000.00 |
| Account No. **11671** **Coverall North America 5201 Congress Ave., Ste. 275 Boca Raton, FL 33487** | - | | | | Trade debt | | | | 132.00 |
| Account No. **Cron Baugh Tank Wash 345 Waconia Ct. SE Cedar Rapids, IA 52404** | - | | | | | | | | 110.00 |
| Account No. **CSC Creative System Corp 455 Frontage Rd., Ste. 315 Burr Ridge, IL 60627** | - | | | | Trade debt | | | | Unknown |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,242.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Hullison Logistics, Inc.** ,                          Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **019436** <br><br> **Descartes Sys.** <br> **2030 Power Ferry Rd.** <br> **Ste. 510** <br> **Atlanta, GA 30339** | | - | Trade debt | | | | **Unknown** |
| Account No. **0908** <br><br> **Diamond Advantage** <br> **POB 930347** <br> **Kansas City, MO 64193** | | - | | | | | **Unknown** |
| Account No. **2511-4677-2** <br><br> **Fedex** <br> **POB 94515** <br> **Palatine, IL 60094** | | - | Deliveries | | | | **464.67** |
| Account No. **00179-0044322122** <br><br> **Feece Oil Co.** <br> **1700 Hubbard Dr.** <br> **Batavia, IL 60510** | | - | Trade debt | | | | **661.10** |
| Account No. <br><br> Representing: <br> Feece Oil Co. | | | **Transworld Systems, Inc.** <br> **25 Northwest Point Blvd., #750** <br> **Elk Grove Village, IL 60007** | | | | |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,125.77**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __Hullison Logistics, Inc.__ ,                    Case No. _____
                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **242970** <br><br> **FleetPride** <br> **POB 847118** <br> **Dallas, TX 75284** | | - | **Trade debt** | | | | **22.26** |
| Account No. **235KW** <br><br> **FleetWash, Inc.** <br> **POB 36014** <br> **Newark, NJ 07188** | | - | **Trade debt** | | | | **Unknown** |
| Account No. **00066-10570034** <br><br> **Flying J T.C.H.** <br> **4185 Harrison Blvd., Ste. 202** <br> **Ogden, UT 84403** | | - | **Trade debt** | | | | **4,387.43** |
| Account No. **005-0006** <br><br> **Fox Metro** <br> **682 Rt. 31** <br> **Oswego, IL 60543** | | - | | | | | **Unknown** |
| Account No. <br><br> **Gaslite Manor Banquets** <br> **2485 Church Rd.** <br> **Aurora, IL 60502** | | - | | | | | **1,071.70** |

Sheet no. __6__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,481.39**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Hullison Logistics, Inc.**                                                  ,    Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5473-6350-0152-5401**<br><br>**GM Business Card Service**<br>**POB 15298**<br>**Wilmington, DE 19850** | - | | Credit card purchases | | | | 773.33 |
| Account No. **90127-001**<br><br>**Groot West Chicago**<br>**POB 309**<br>**Elk Grove Village, IL 60009** | - | | Garbage | | | | 270.47 |
| Account No. **807**<br><br>**Halikas & Co., Inc.**<br>**POB 4230**<br>**Naperville, IL** | - | | Tax preparation | | | | 1,185.00 |
| Account No. **16747472580815**<br><br>**Hinkley Springs**<br>**POB 660579**<br>**Dallas, TX 75265** | - | | Water services | | | | 163.69 |
| Account No. **HUL07**<br><br>**Holiday Inn**<br>**2055 Wiesbrook Dr.**<br>**Oswego, IL 60543** | - | | | | | | 115.35 |

Sheet no. __7__ of __17__ sheets attached to Schedule of        Subtotal        | 2,507.84 |
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Hullison Logistics, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035-3225-0335-3751**<br><br>**Home Depot Credit Service**<br>**POB 689121**<br>**Des Moines, IA 50368** | | - | Trade debt | | | | 1,170.07 |
| Account No. **HULL1501**<br><br>**Illini Construction Parts, Inc,**<br>**1815 Wallace Ave, #310**<br>**Saint Charles, IL 60174** | | - | Trade debt | | | | 4,574.94 |
| Account No. **0442673**<br><br>**Illinois Auto Central**<br>**1462 Paysphere Circle**<br>**Chicago, IL 60674** | | - | Trade debt | | | | 882.41 |
| Account No. **3700**<br><br>**Illinois Tollway**<br>**2700 Ogden Ave.**<br>**Downers Grove, IL 60515** | | - | Tolls | | | | Unknown |
| Account No. **6213045**<br><br>**Imperial Supplies**<br>**789 Armed Forces Dr.**<br>**POB 11008**<br>**Green Bay, WI 54307** | | - | Trade debt | | | | 363.34 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,990.76

Official Form 6F (10/06) - Cont.

In re __**Hullison Logistics, Inc.**_____,    Case No. _____

                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HUL001**<br><br>**Industrial Meter Service**<br>**2000 Albright Rd.**<br>**Montgomery, IL 60538** | | - | | | | | 498.01 |
| Account No. **14-023587**<br><br>**J.J.Keller**<br>**3003 W. Breezewood Lane**<br>**POB 368**<br>**Neenah, WI 54957** | | - | Trade debt | | | | 546.36 |
| Account No.<br><br>**JP Morgan Chase Bank**<br>**14 South LaGrange Rd.**<br>**La Grange, IL 60526** | X | - | Business loan | | | X | 200,000.00 |
| Account No.<br><br>**Kann Enterprises**<br>**1948 Essington Rd., Ste. C**<br>**Joliet, IL 60435** | | - | Trade debt | | | | 18,916.97 |
| Account No. **590769093-1**<br><br>**Key Equipment Finance**<br>**600 Travis, Ste. 1300**<br>**Houston, TX 77002** | | - | | | | | 12,424.14 |

Sheet no. __**9**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **232,385.48**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Hullison Logistics, Inc.** _____ , Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Krentz & Krentz, PC**<br>**100 W. Main St.**<br>**Plano, IL 60545** | - | | | | | | **75.00** |
| Account No.<br><br>**Kurt Vragel**<br>**1701 Lake Ave,**<br>**Ste. 170**<br>**Glenview, IL 60025** | - | | Legal | | | | **Unknown** |
| Account No. **226**<br><br>**Kwik Kopy**<br>**Roskuzzka and Sons, Inc.**<br>**969 Farnsworth Ave.**<br>**Aurora, IL 60505** | - | | | | | | **295.50** |
| Account No.<br><br>**Larsen Limited**<br>**700 Larsen Lane**<br>**Bensenville, IL 60106** | - | | Trade debt | | | | **10,500.00** |
| Account No. **9800-603990-7**<br><br>**Lowes**<br>**POB 530954**<br>**Atlanta, GA 30353** | - | | Trade debt | | | | **210.00** |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **11,080.50**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Hullison Logistics, Inc.**                                            ,    Case No. _____
                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mars, Inc.** <br> **2 Mars Blvd.** <br> **POB 703** <br> **Dekalb, IL 60115** | - | | | | | | 742.98 |
| Account No. **31589** <br><br> **Midway Truck Parts, Inc.** <br> **7400 W. 87th St.** <br> **Bridgeview, IL 60456** | - | | Trade debt | | | | 2,016.20 |
| Account No. <br><br> **NACCO of Illinois** <br> **Fleet Glass Service** <br> **POB 2550** <br> **Bridgeview, IL 60455** | - | | Trade debt | | | | 2,219.50 |
| Account No. <br><br> **Navistar Financial Corp.** <br> **425 N. Martigale Rd.** <br> **Schaumburg, IL 60173** | - | | Lease of vehicles | | | | Unknown |
| Account No. **324386329** <br><br> **Nextel/Sprint** <br> **POB 8077** <br> **London, KY 40742** | - | | Utilities | | | | 1,206.13 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,184.81

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Hullison Logistics, Inc.**                                    ,  Case No. _____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: Nextel/Sprint** | | | | NCO Financial Systems POB 15740 Wilmington, DE 19850 | | | | |
| Account No. **77-02-80-1000-5** **Nicor Gas POB 416 Aurora, IL 60568** | | - | | Gas | | | | 331.54 |
| Account No. **Representing: Nicor Gas** | | | | NCO Financial Services POB 17196 Baltimore, MD | | | | |
| Account No. **3983** **Osco, Inc. POB 70 13351 Main St. Lemont, IL 60439** | | - | | | | | | Unknown |
| Account No. **PeopleNet Communications NW 5489 POB 1450 Minneapolis, MN 55485** | | - | | Utilities | | | | Unknown |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                331.54

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __Hullison Logistics, Inc._____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing:** **PeopleNet Communications** | | | **Randall & Richards** **5151 E. Broadway Blvd., Ste. 800** **Tucson, AZ 85711** | | | | |
| Account No. **Pierce & Reibeck Assoc.** **16W485 S. Frontage Rd., Ste. 310** **Burr Ridge, IL 60527** | | - | | | | | 2,700.00 |
| Account No. 9660830 **Pomp's** **POB 1630** **Green Bay, WI 54305** | | - | Trade debt | | | | 208.84 |
| Account No. 0016593 **PrePass** **101 N. First Ave., Ste. 2200** **Phoenix, AZ 85003** | | - | Trade debt | | | | 788.00 |
| Account No. 660830 **R.L. Hammette & Assoc.** **POB 846** **1625 US Highway 17 N** **Eagle Lake, FL 33839** | | - | Trade debt | | | | 1,396.34 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,093.18

Official Form 6F (10/06) - Cont.

In re  **Hullison Logistics, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **HULLISO** <br><br> **R.L. Leek Industries** <br> **2210 Harrison Ave.** <br> **Rockford, IL 61104** | | - | | Trade debt | | | | 3,285.00 |
| Account No. **3942** <br><br> **Rich's Tire Service** <br> **9970 Keslinger Rd.** <br> **POB 992** <br> **Dekalb, IL 60115** | | - | | Trade service | | | | 263.22 |
| Account No. <br><br> **Robert A. Rapp** <br> **11 Yorkville St.** <br> **Yorkville, IL 60560** | | - | | Personal loan to business | | | | 0.00 |
| Account No. **1-80376-08354** <br><br> **Roscoe, Inc.** <br> **3535 W. Harrison St.** <br> **Chicago, IL 60624** | | - | | Trade debt | | | | 4,101.00 |
| Account No. <br><br> **SeeGeas Tk&Tr Repair** <br> **1125 66th Ave. SW** <br> **Cedar Rapids, IA 52404** | | - | | Trade debt | | | | 676.08 |

Sheet no. __**14**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,325.30**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Hullison Logistics, Inc.** _____ ,    Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **M159467** | | | | Miscellaneous tax | | | | |
| State of Arkansas Dept. of Finance and Administration POB 896, Room 2340 Little Rock, AR 72203 | - | | | | | | | 11.00 |
| Account No. **HU0100** | | | | Trade debt | | | | |
| Telecom Management, Inc. 1315 Louis Ave. Elk Grove Village, IL 60007 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Trailer Logistics Co. 2451 Landmeier Rd/ Elk Grove Village, IL 60007 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tyler Medical Services 525 Tyler Rd., Ste. J Saint Charles, IL 60174 | - | | | | | | | Unknown |
| Account No. **152** | | | | | | | | |
| United Amercas Insurance 311 Arlington Heights Rd. Arlington Heights, IL 60005 | - | | | | | | | Unknown |

Sheet no. __**15**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Hullison Logistics, Inc.**                                    ,    Case No. _____
                                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **344052** <br><br> **United Healthcare <br> Dept. - CH 10151 <br> Palatine, IL 60055** | | - | | | | | | **Unknown** |
| Account No. **071875** <br><br> **United Propane Energy <br> 3805 Clearview Ct. <br> Gurnee, IL 60031** | | - | | Trade debt | | | | **642.43** |
| Account No. <br><br> **US Energy <br> 35190 Eagle Way <br> Chicago, IL 60678** | | - | | | | | | **1,819.52** |
| Account No. **102357** <br><br> **US Trailer Parts <br> 4434 S. Tripp Ave. <br> Chicago, IL 60632** | | - | | Trade debt | | | | **Unknown** |
| Account No. **001-2001923-001** <br><br> **Wells Fargo <br> POB 6434 <br> Carol Stream, IL 60197** | | - | | | | | | **Unknown** |

Sheet no. __**16**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,461.95**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Hullison Logistics, Inc.**                                                    ,    Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B06039**<br><br>**Zep Manufacturing Co.**<br>**139 Exchange Blvd.**<br>**Glendale Heights, IL 60139** | - | | **Trade debt** | | | | 305.92 |
| Account No.<br><br>**Representing:**<br>**Zep Manufacturing Co.** | | | **RMS**<br>**55 Shuman Rd.**<br>**POB 3099**<br>**Naperville, IL 60563** | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 305.92 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 1,040,783.65 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6G
(10/05)

In re   **Hullison Logistics, Inc.**                 Case No. _____
                                                Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re  **Hullison Logistics, Inc.**                                    ,  Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Monique A. Long**<br>**369 Cascade Lane**<br>**Oswego, IL 60543**<br>  **Guarantor** | **JP Morgan Chase Bank**<br>**14 South LaGrange Rd.**<br>**La Grange, IL 60526** |
| **Robert A. Rapp**<br>**11 Yorkville St.**<br>**Yorkville, IL 60560**<br>  **Guarantor** | **JP Morgan Chase Bank**<br>**14 South LaGrange Rd.**<br>**La Grange, IL 60526** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Hullison Logistics, Inc.**                                    Case No. _____

_____
                                    Debtor(s)          Chapter   **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**37**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September  7, 2007**_____          Signature   **/s/ Robert Rapp**_____

                                                          **Robert Rapp**
                                                          **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 7
(04/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Hullison Logistics, Inc.**           Case No.                                   

                                   Debtor(s)          Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,637,850.00** | **2006 - Gross receipts** |
| **$1,000,000.00** | **2007 - Estimated gross receipts for 1/07-2/07 (records with accountants)** |

**2. Income other than from employment or operation of business**

None
■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mitchell A. Cohen<br>7749 N. Milwaukee Ave.<br>Niles, IL 60714** | | **$4,500** |

### 10. Other transfers

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None □   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Marquette Funding, Inc.**<br>**1600 W. 82nd St.**<br>**Ste. 150**<br>**Bloomington, MN 55431** | **March 2007** | **Amount unknown** |
| **JP Morgan Chase Recovery Dept.**<br>**c/o Robert F. Rabin, Esq.**<br>**Robbins, Salomon & Patt., Ltd.**<br>**25 E. Washington St. , Ste. 1000**<br>**Chicago, IL 60602** | **March - August** | **Amounts unknown** |

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF | | |
| GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Hullison Logistics, Inc.** | **20-4643929** | **2020 Albright Rd. Montgomery, IL 60538** | **Transportation, freight carrier** | **2006 - 2007** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Halikas & Co., Inc.** **POB 4230** **Naperville, IL** | **2006** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Halikas & Co., Inc.** | **POB 4230** **Naperville, IL** | **2006** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Halikas & Co., Inc.** | **POB 4230** **Naperville, IL** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Chase JP Morgan**<br>**1820 E. Sky Harbor Circle South**<br>**Floor 2**<br>**Phoenix, AZ 85034** | **2006** |
| **Navistar Financial Corp.**<br>**425 N. Martigale Rd.**<br>**Schaumburg, IL 60173** | **2006** |
| **Marquette Funding, Inc.**<br>**1600 W. 82nd St., Ste. 150**<br>**Minneapolis, MN 55431** | **2006** |

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■      and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Robert A. Rapp**<br>**11 Yorkville St.**<br>**Yorkville, IL 60560** | **President** | **50% shareholder** |
| **Monique A. Long**<br>**369 Cascade Lane**<br>**Oswego, IL 60543** | **Secretary** | **50% shareholder** |

### 22 . Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■      commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■      immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 7, 2007**                    Signature  **/s/ Robert Rapp**

**Robert Rapp**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Hullison Logistics, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,500.00** |
| Prior to the filing of this statement I have received | $ | **4,500.00** |
| Balance Due | $ | **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September  7, 2007**

**/s/ Mitchell A. Cohen**
**Mitchell A. Cohen**
**Mitchell A. Cohen, Attorney at Law**
**7749 N. Milwaukee Ave.**
**Niles, IL 60714**
**(847) 967-0444   Fax: (847) 967-7894**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Hullison Logistics, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **122**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **September  7, 2007**

**/s/ Robert Rapp**

**Robert Rapp**/President
Signer/Title

1 Deallease of Chicago
11921 Smith Dr.
Huntley, IL 60142


AABLE License Consultants
1938 Manheim Rd.
Westchester, IL 60154


ADP, Inc.
100 Northwest Point Blvd.
Elk Grove Village, IL 60007


AIM National Lease
Recovery One LLC
5100 Park Center Ave., Ste.120
Dublin, OH 43017


Allen Penninger
2400 Light Rd. #101
Oswego, IL 60543


Allied Interstate
3200 Northline Ave., Ste. 160
Greensboro, NC 27408


American International Companies
Specialties Workers Compensation Gr
POB 409
Parsippany, NJ 07054


Apex Material Handling
391 Charles Ct.
West Chicago, IL 60185


Auto Glass Solutions, Inc.
5300 W. Mustang Rd. NE
Cedar Rapids, IA 52411


B.M.A.
7033 High Grove Blvd.
Burr Ridge, IL 60527

Bauer Built, Inc.
Highway 25 South
POB 248
Durand, WI 54736


Bilateral Credit Corp.
141 West 28th St.
New York, NY 10001


Black Gold Financial
POB 309
Chesterfield, MO 63006


Bonk John
7633 Sundown Lane
Yorkville, IL 60560


Capital One
POB 26074
Richmond, VA 23260


CBeyond
13474 Collection Center Dr.
Chicago, IL 60693


Charles G. Bowman
6723 S. US 45 Rd.
Brookport, IL 62910


Chase
POB 15299
Wilmington, DE 19850


Chase Equipment Leasing, Inc.
Portfolio Management Center
1820 E. Sky Harbor Circle South
Phoenix, AZ 85034


Chicago International Trucks
2090 Manheim Rd.
Melrose Park, IL 60160


Christopher A. Legner
1330 Cunat Ct. #2C
Lake In The Hills, IL 60102

Colonial Supplement Insurance
Signature Agency
POB 4443
Carol Stream, IL 60197

ComEd
Bill Payment Center
Chicago, IL 60668

Correct Elec, Inc.
2059 Albright Rd.
Montgomery, IL 60538

Coverall North America
5201 Congress Ave., Ste. 275
Boca Raton, FL 33487

Craig Henderson
428 22nd Ave.
Bellwood, IL 60104

Cron Baugh Tank Wash
345 Waconia Ct. SE
Cedar Rapids, IA 52404

CSC
Creative System Corp
455 Frontage Rd., Ste. 315
Burr Ridge, IL 60627

David L. Meyerholz
POB 840
Hinckley, IL 60520

Dean Hiles
63 Brockway
Oswego, IL 60543

Descartes Sys.
2030 Power Ferry Rd.
Ste. 510
Atlanta, GA 30339

Diamond Advantage
POB 930347
Kansas City, MO 64193

Donald R. Long
10900 Martindale Dr.
Westchester, IL 60154

Donald W. Race
2559 N. 4645 Rd.
Somonauk, IL 60552

Eric E. Nelson
428 LeGrande
Aurora, IL 60506

Fedex
POB 94515
Palatine, IL 60094

Feece Oil Co.
1700 Hubbard Dr.
Batavia, IL 60510

FleetPride
POB 847118
Dallas, TX 75284

FleetWash, Inc.
POB 36014
Newark, NJ 07188

Flying J T.C.H.
4185 Harrison Blvd., Ste. 202
Ogden, UT 84403

Fox Metro
682 Rt. 31
Oswego, IL 60543

Gary R. Block
1850 Tall Oaks Drive, #3209
Aurora, IL 60505

Gary W. Hoffstead
32437 White St.
Kirkland, IL 60146


Gaslite Manor Banquets
2485 Church Rd.
Aurora, IL 60502


Gino Gambarota
509 3rd Ave.
Marengo, IL 60152


GM Business Card Service
POB 15298
Wilmington, DE 19850


Gregory S. Martin
313 E. Main St., POB 41
Maple Park, IL 60151


Groot West Chicago
POB 309
Elk Grove Village, IL 60009


Halikas & Co., Inc.
POB 4230
Naperville, IL


Hinkley Springs
POB 660579
Dallas, TX 75265


Holiday Inn
2055 Wiesbrook Dr.
Oswego, IL 60543


Home Depot Credit Service
POB 689121
Des Moines, IA 50368


Illini Construction Parts, Inc,
1815 Wallace Ave, #310
Saint Charles, IL 60174

Illinois Auto Central
1462 Paysphere Circle
Chicago, IL 60674


Illinois Tollway
2700 Ogden Ave.
Downers Grove, IL 60515


Imperial Supplies
789 Armed Forces Dr.
POB 11008
Green Bay, WI 54307


Industrial Meter Service
2000 Albright Rd.
Montgomery, IL 60538


J.J.Keller
3003 W. Breezewood Lane
POB 368
Neenah, WI 54957


Jane E. Ross
1307 Clybourne St.
Batavia, IL 60510


Jeffrey P. Abel
585 Melrose Ave.
Montgomery, IL 60538


John LaPlante
347 Highview St.
Watervliet, MI 49098


Joni I. Plochocki
27720 72nd St.
Covert, MI 49043


Joseph D. Catlin II
305 Olsen St.
Yorkville, IL 60560


JP Morgan Chase Bank
14 South LaGrange Rd.
La Grange, IL 60526

Kann Enterprises
1948 Essington Rd., Ste. C
Joliet, IL 60435


Key Equipment Finance
600 Travis, Ste. 1300
Houston, TX 77002


Krentz & Krentz, PC
100 W. Main St.
Plano, IL 60545


Kurt Vragel
1701 Lake Ave,
Ste. 170
Glenview, IL 60025


Kwik Kopy
Roskuzzka and Sons, Inc.
969 Farnsworth Ave.
Aurora, IL 60505


Larsen Limited
700 Larsen Lane
Bensenville, IL 60106


Leonard R. Gonzalez
1245B Hemlock Lane
Elgin, IL 60120


Lowes
POB 530954
Atlanta, GA 30353


Mars, Inc.
2 Mars Blvd.
POB 703
Dekalb, IL 60115


Matthew D. Albery
2808 Troon Dr.
Montgomery, IL 60538

Michael D. Redman
724 Adams
Bolingbrook, IL 60440


Midway Truck Parts, Inc.
7400 W. 87th St.
Bridgeview, IL 60456


Monique A. Long
369 Cascade Lane
Oswego, IL 60543


NACCO of Illinois
Fleet Glass Service
POB 2550
Bridgeview, IL 60455


Navistar Financial Corp.
425 N. Martigale Rd.
Schaumburg, IL 60173


NCO Financial Services
POB 17196
Baltimore, MD


NCO Financial Systems
POB 15740
Wilmington, DE 19850


Nextel/Sprint
POB 8077
London, KY 40742


Nicor Gas
POB 416
Aurora, IL 60568


Osco, Inc.
POB 70
13351 Main St.
Lemont, IL 60439

PeopleNet Communications
NW 5489
POB 1450
Minneapolis, MN 55485


Phillip J. Oliver
2210 Azalea Dr.
Highland, IN 46322


Pierce & Reibeck Assoc.
16W485 S. Frontage Rd., Ste. 310
Burr Ridge, IL 60527


Pomp's
POB 1630
Green Bay, WI 54305


PrePass
101 N. First Ave., Ste. 2200
Phoenix, AZ 85003


R.L. Hammette & Assoc.
POB 846
1625 US Highway 17 N
Eagle Lake, FL 33839


R.L. Leek Industries
2210 Harrison Ave.
Rockford, IL 61104


Ralph Flores, Jr.
120 Heathgate Dr.
Montgomery, IL 60538


Randall & Richards
5151 E. Broadway Blvd., Ste. 800
Tucson, AZ 85711


Rich's Tire Service
9970 Keslinger Rd.
POB 992
Dekalb, IL 60115

Richard R. Luebke
2194 Kathleen Circle
Montgomery, IL 60538


RMS
55 Shuman Rd.
POB 3099
Naperville, IL 60563


Robert A. Rapp
11 Yorkville St.
Yorkville, IL 60560


Robert F. Cronin
400 Eastwater
Earlville, IL 60518


Roscoe, Inc.
3535 W. Harrison St.
Chicago, IL 60624


Ryan C. Turley
970 Kane St.
Elgin, IL 60177


Scott M. Christner
213 Oak Street
Big Rock, IL 60511


Sean E. Powell
3695 Gabrielle Ln.
Aurora, IL 60504


SeeGeas Tk&Tr Repair
1125 66th Ave. SW
Cedar Rapids, IA 52404


State of Arkansas
Dept. of Finance and Administration
POB 896, Room 2340
Little Rock, AR 72203

State of Illinois Dept. of Labor
Fair Labor Standards Wage Claim Sec
160 N. LaSalle, Suite C-1300
Chicago, IL 60601


Steven D. Schumpert
540 E. Boone
Salem, IL 62881


Telecom Management, Inc.
1315 Louis Ave.
Elk Grove Village, IL 60007


Thomas Basden
55 E. Mill St., Apt. 2
Montgomery, IL 60538


Thomas Gunion
4555 N. 50 E
Kokomo, IN 46901


Timothy L. Ryan
1264 Jackson St.
Aurora, IL 60505


Timothy P. Kedzie
POB 328 515 Center
Maple Park, IL 60151


Timothy S. Edwards
413 S. Cook St.
Plano, IL 60545


Trailer Logistics Co.
2451 Landmeier Rd/
Elk Grove Village, IL 60007


Transworld Systems, Inc.
25 Northwest Point Blvd., #750
Elk Grove Village, IL 60007


Tyler Medical Services
525 Tyler Rd., Ste. J
Saint Charles, IL 60174

United Amercas Insurance
311 Arlington Heights Rd.
Arlington Heights, IL 60005


United Healthcare
Dept. - CH 10151
Palatine, IL 60055


United Propane Energy
3805 Clearview Ct.
Gurnee, IL 60031


US Energy
35190 Eagle Way
Chicago, IL 60678


US Trailer Parts
4434 S. Tripp Ave.
Chicago, IL 60632


Wells Fargo
POB 6434
Carol Stream, IL 60197


Zep Manufacturing Co.
139 Exchange Blvd.
Glendale Heights, IL 60139

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Hullison Logistics, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hullison Logistics, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

**September  7, 2007**

Date

**/s/ Mitchell A. Cohen**

**Mitchell A. Cohen**

Signature of Attorney or Litigant

Counsel for   **Hullison Logistics, Inc.**

**Mitchell A. Cohen, Attorney at Law**

**7749 N. Milwaukee Ave.**
**Niles, IL 60714**
**(847) 967-0444 Fax:(847) 967-7894**